UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John T. McArthur,

    Plaintiff,

v.

                                            Case No: 2:10-CV-13652

Harry Williams, et al,                    Honorable Victoria A. Roberts

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 1, 2012 Magistrate Judge Komives issued a Report and Recommendation [Doc.33], recommending that Plaintiff's Motions for Delay [Docs. #25 and #29] be denied and that the Defendants' Motions for Summary Judgment [Doc. #20 and #26, ] be granted.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation. Plaintiff's Motions are **DENIED**.  Defendants' Motions are **GRANTED**.

    **IT IS ORDERED**.

                                          /s/ Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated:  March 21, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and John T. McArthur by electronic means or U.S. Mail on March 21, 2012.

S/Linda Vertriest
Deputy Clerk