UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John T. McArthur,

       Plaintiff,

                                                        Case No: 2:10-CV-13652

v.

                                                        Honorable Victoria A. Roberts

Harry Williams, et al,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 1, 2012 Magistrate Judge Komives issued a Report and

Recommendation [Doc.33], recommending that Plaintiff's Motions for Delay [Docs. #25

and #29] be denied and that the Defendants' Motions for Summary Judgment [Doc. #20

and #26, ] be granted.  Neither party filed objections within the fourteen day period

pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  The Court adopts the Report

and Recommendation. Plaintiff's Motions are **DENIED**.  Defendants' Motions are

**GRANTED**.

       **IT IS ORDERED**.

                                /s/ Victoria A. Roberts
                               Victoria A. Roberts
                               United States District Judge

Dated:  March 21, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and John T. McArthur by electronic means or U.S. Mail on March 21, 2012. <br><br> S/Linda Vertriest <br> Deputy Clerk |